# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **VOIT TECHNOLOGIES, LLC,** | § | |
| *Plaintiff*, | § | |
| v. | § | Civil Action No. 4:17-cv-00535-ALM |
| | § | |
| **USA VACUUM, LLC,** | § | |
| *Defendant.* | § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE AMOS L. MAZZANT, III, U.S. DISTRICT JUDGE:

USA VACUUM, LLC, respectfully files this notice of representation and shows:

### I.

Gary N. Schepps, hereby enters his appearance as counsel of record for the Defendant USA Vacuum, LLC, ("USA Vacuum").  USA Vacuum announces its intention to defend this action and requests that a copy of all notices and filings be sent to its counsel of record at the below listed address.

Dated:  October 2, 2017

                                                Respectfully submitted,

                                                /s/ Gary N. Schepps
                                                Gary N. Schepps
                                                Texas Bar No. 00791608
                                                Drawer 670804
                                                Dallas, Texas 75367
                                                (972) 200-0000 - Telephone
                                                (972) 200-0535 - Facsimile
                                                legal@schepps.net
                                                Counsel for USA VACUUM, LLC

CERTIFICATE OF SERVICE

I certify that this Notice was served this day on all parties who receive notification through the Court's electronic filing system.

/s/ Gary N. Schepps