# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| VOIT TECHNOLOGIES, LLC, | § § | |
| *Plaintiff*, | § § | |
| vs. | § § | Case No. 4:17-cv-00535-ALM |
| USA VACUUM, LLC, | § § § | |
| *Defendant*. | § | |

## NOTICE OF SETTLEMENT IN PRINCIPLE

PLEASE TAKE NOTICE that Plaintiff, VOIT Technologies, LLC, has reached a settlement in principle with a third party, which should resolve all issues in this case. Accordingly, Plaintiff respectfully requests that the Court permit it thirty (30) days to finalize this settlement, after which Plaintiff will file a notice of voluntary dismissal in this action.

Dated: January 8, 2018.

                                                       Respectfully submitted

                                                       */s/ David F. Tamaroff*
                                                       **David F. Tamaroff, Esq.**
                                                       Florida Bar No. 92084
                                                       Email: dt@lipscombpartners.com
                                                       **LIPSCOMB & PARTNERS, PLLC**
                                                       25 S.E. 2nd Avenue, 8th Floor
                                                       Miami, Florida 33131
                                                       Telephone: (786) 431-2228
                                                       Facsimile: (786) 431-2229
                                                       *Counsel for Plaintiff, VOIT Technologies, LLC*

2

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that, on January 8, 2018, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF and that service was perfected on all parties or counsel of record through this system or some other authorize means.

      By: */s/ David F. Tamaroff*  .
         David F. Tamaroff, Esq.