# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# Sherman Division

| | | |
|---|---|---|
| VOIT TECHNOLOGIES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. 4:17-cv-00535-ALM |
| | § | |
| USA VACUUM, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On February 6, 2018, Plaintiff VOIT Technologies, LLC filed a Notice of Voluntary Dismissal Without Prejudice ("Notice"). The Court has reviewed the Notice. In accordance with Fed.R.Civ.P. 41(a)(1)(A)(i), Defendant USA Vacuum, LLC has neither answered Plaintiff's Complaint for Patent Infringement (Dkt. #1) nor filed a motion for summary judgment.

Accordingly, the Court hereby **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs and attorneys' fees.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED** this 7th day of February, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE